IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 023 T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. |
| | : | |
| v. | : | In Violation Of |
| | : | 18 U.S.C. § 922(k) |
| | : | |
| CHRISTOPHER LOM | : | |

FILED
FEB 21 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about January 27, 2007, in the District of Rhode Island, the defendant, Christopher Lom, did knowingly possess a firearm, that is, a Hi-Point Firearms, Model C9, 9 millimeter semi-automatic pistol, which had the manufacturer's serial number removed, obliterated and altered, and which firearm had been shipped and transported in interstate commerce, in violation of 18 U.S.C. § 922(k).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

LUIS M. MATOS
Chief, Criminal Division

Dated: 2-21-07