# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

CHRISTOPHER LOM

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 07-23T

(Name and Address of Defendant)

CHRISTOPHER LOM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Friday, February 23, 2007 at 11:30 A.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 922(k)

Brief description of offense:

knowingly possessing a firearm from which the serial number had been removed, obliterated and altered, and which had been shipped and transported in interstate commerce

[signature]

Signature of Issuing Officer

February 21, 2007

Date

Martha Saucier, Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 2-23-07 Date 1130 AM

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC PROV. RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2-23-07
Date

USM Stallwood
Name of United States Marshal

DUSM
(by) Deputy United States Marshal

Remarks:

FILED
2007 FEB 26 A 4:09
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.