UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-23T |
| | ) | |
| CHRISTOPHER LOM | ) | |

NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY

Now comes Christopher Lom, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the instant indictment. Mr. Lom requests the Court to schedule a change of plea hearing at the earliest convenience.

Respectfully submitted
Christopher Lom
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Peter Neronha, AUSA on the 2nd day of April, 2007.

/s/ Mary S. McElroy