**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. C.R. No. 07-23T

CHRISTOPHER LOM

**ORDER MODIFYING CONDITIONS OF RELEASE**

For reasons stated in open court on April 10, 2007, the conditions of the defendant's release are modified as follows:

1. The defendant, Christopher Lom, shall not have direct or indirect contact with any member of the gang to which he belongs or any member of any rival gang.

2. The defendant, Christopher Lom, shall be on home confinement with electronic monitoring. The following exception is authorized with prior approval from the U.S. Probation Office: substance abuse counseling and treatment.

3. The defendant shall, at no time, travel into Providence, RI.

4. Any violation of this order by the defendant may be considered a violation of the Order Setting Terms of Release and may result in the defendant's incarceration and forfeiture of the surety furnished on the defendant's behalf.

By Order

Luisa Cristina Fagan

Deputy Clerk

ENTER:

Ernest C Torres

Ernest C. Torres
Senior U.S. District Judge
Date: 4/11/07