**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. 07-023T** |
| | ) | |
| **CHRISTOPHER LOM** | ) | |

---

## MOTION TO AMEND BAIL CONDITIONS

Now comes the defendant, Christopher Lom, and asks that this Honorable Court amend his bail conditions. Specifically Mr. Lom requests that this court revoke his conditional release allowing him to await sentencing in the custody of the United States Marshall.

Additionally Mr. Lom requests that the surety posted in his case be released.

Respectfully Submitted
Christopher Lom
By His Attorney,

/s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 fax
mary_mcelroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Peter Neronha, AUSA, on the 8th day of May, 2007.

/s/ Mary S. McElroy