**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

vs. C.R. No. 07-23T

CHRISTOPHER LOM,
Defendant

**ORDER**

Defendant's Motion to Amend Bail Conditions is **GRANTED.** Defendant's bail is revoked and he is hereby ordered to surrender himself to the custody of the Attorney General in order to begin serving his sentence which will be imposed at his sentencing on **Wednesday July 11th, 2007.** The defendant shall surrender to the United States Marshall's Office on or before **Friday May ~~18~~ 25th, 2007 at 12:00 PM.**

By Order:

Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 5/23/07