UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-023T |
| | ) | |
| CHRISTOPHER LOM | ) | |

---

# MOTION TO RELEASE LIEN

NOW COMES the defendant, Christopher Lom, and moves that this Honorable Court direct that the real estate lien placed on property located at 46 - 48 Hanover Street, Providence RI Plat No. 44, Lot No. 638 (the Hanover Street property) on February 9, 2007 in the amount of one hundred thousand dollars ($100,000.00) be released. The property is owned by owned by Sophal Hang and Phally Lom. In support of this motion defendant states the following facts:

1. The lien on the Hanover Street property was executed by the defendant's uncle and mother in order to secure his release on bail.

2. Bail was thereafter ordered by Magistrate Judge Martin and Mr. Lom was released.

3. Mr. Lom complied with all of the conditions of bail including home detention with electronic monitoring.

4. When Mr. Lom appeared before Senior Judge Ernest Torres to enter a guilty plea on April 10, 2007 the surety bail with electronic monitoring was continued.[1]

5. Thereafter on May 8, 200, Mr. Lom requested that the court revoke his bail to allow him to await his July 11, 2007 sentencing in the custody of the United States Marshall Service.

6. On May 23, 2007 Mr. Lom's motion was granted and he surrendered himself to the United States Marshall Service on May 25, 2007 as directed by the Court.

---

[1]Some conditions of bail were amended at the time of Mr. Lom's plea but the surety and home detention were left intact.

7. The surety is no longer required as Mr. Lom is no longer released on bail.

For the above reasons Mr. Lom respectfully requests that this court grant his motion and direct that the real estate lien placed on the Hanover Street property be released.

Respectfully Submitted

Christopher Lom
By his Attorney,

/s/ Mary S. McElroy
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 Fax
mary_mcelroy@fd.org

CERTIFICATION

I do hereby certify that on this 12th day of June 2007, the within was filed electronically and is available for viewing and downloading from the ECF system with a copy to Peter Neronha, Assistant United States Attorney.

/s/ Mary S. McElroy