UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR07-023T |
| | ) | |
| CHRISTOPHER LOM | ) | |

---

**ORDER GRANTING DEFENDANT'S MOTION TO RELEASE BOND**

Upon motion of the defendant, Christopher Lom, the lien on the interest of Sophall Hang and Phally Lom in the amount of One Hundred Thousand ($100,000.00) Dollars on real estate described as 46-48 Hanover Street, Providence, RI Plat No. 44 Lot No. 638 is hereby discharged and released. The agreement to forfeit property was signed by Sophall Hang and Phally Lom at Providence, RI and approved by the Honorable Magistrate Judge David L. Martin on February 9, 2007.

ENTER:

Ernest C. Torres

DATE: 6/15/07

PER ORDER:

Presented by:

Mary S. McElroy
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
(401) 528-4285 Fax
mary_mcelroy@fd.org