UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 07-0023-01T |
| | ) | |
| CHRISTOPHER LOM | ) | |

---

MOTION FOR SENTENCE CONSIDERATION

Now comes Christopher Lom, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, to comply with the mandates of 18 U.S.C. § 3553(a). Mr. Lom respectfully suggests that the Court should conclude that the advisory guideline calculations call for a sentence longer than what is necessary to comply with 18 U.S.C. § 3553(a). Mr. Lom proposes a sentence of imprisonment for the time he has already served followed by a term of two years of supervised release. Such a sentence would serve the goals of sentencing in this case.

Respectfully submitted
Christopher Lom
By his attorney,

______________________

Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, RI 02903
(401) 528-4281FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by ECF to Peter Neronha, Assistant United States Attorney and Kristin Mattias, USPO, on July 3, 2007.

__________________________