**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 07-023-1T

CHRISTOPHER LOM

**ORDER**

The motion to seal the defendant's memorandum in support of sentencing is granted with respect only to the letter attached to the defendant's sentencing memorandum that is otherwise identical to the "redacted" version of the memorandum that was filed electronically.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Court Judge
Date: August 28, 2007