UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER LOM

v.

CA No. 08-16T
CR No. 07-23T

UNITED STATES OF AMERICA

**ORDER DISMISSING § 2255 MOTION**

Christopher Lom has filed a § 2255 motion alleging that his counsel was ineffective for failing to advise him that the offense of possession of a firearm with an obliterated serial number in violation of 18 U.S.C. § 922(k) to which he pled guilty was a misdemeanor and not a felony.

Lom correctly points out that his guideline range was 6-12 months and that he was sentenced to 9 months imprisonment. He argues that because neither the actual sentence nor the guideline maximum was greater than 12 months, his offense was a misdemeanor. That argument lacks merit because the determination as to whether an offense is a felony is based on whether the offense is punishable by a term of imprisonment exceeding one year and not on the length of the sentence actually imposed or called for by the guidelines. Here, pursuant to 18 U.S.C. § 924(a)(1)(B) Lom's offense was punishable by "imprisonment of not more than five years."

Accordingly, Lom's offense was a felony and his counsel was not ineffective in failing to tell him otherwise. Therefore, Lom's § 2255 motion is hereby denied and dismissed.

IT IS SO ORDERED.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Sr. U.S. District Judge

Date: 1/25/08