**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHRISTOPHER LOM,

Petitioner,

v.

C.A. No. 08-16T
Cr. No. 07-23T

UNITED STATES OF AMERICA,

Respondent.

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**

Petitioner's request for a Certificate of Appealability is denied because petitioner has not made a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
Sr. U.S. District Judge
Date: March 6 , 2008